HARRIS, UPHAM & CO. v. PALIOURAS

No. 103 PC.

Case below: 35 N.C. App. 458.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 May 1978.

HARRISON v. HERBIN

No. 83 PC.

Case below: 35 N.C. App. 259.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals denied 8 May 1978.

IN RE WORRELL

No. 68 PC.

Case below: 35 N.C. App. 278.

Petition by propounders for discretionary review under G.S. 7A-31 denied 8 May 1978.

INVESTMENTS, INC. v. ENTERPRISES, LTD.

No. 84 PC.

Case below: 35 N.C. App. 622.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 May 1978.

JONES v. PRODUCTS, INC.

No. 65 PC.

Case below: 35 N.C. App. 170.

Petition by defendant Silver's Enterprises, Inc. for discretionary review under G.S. 7A-31 denied 8 May 1978.